AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Vladimir Isidor St Louis <br> *Plaintiff* <br> v. <br> Victor Loranth, Thomas Liles, D. Heinrichs <br> *Defendant* | ) <br> ) <br> ) Civil Action No.   4:09-cv-2015-TLW <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed in its entirety.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge. The Magistrate Judges' Report and Recommendation is accepted.

Date:   March 15, 2011                          *CLERK OF COURT*


                                      _____s/Debbie Stokes_____
                                        *Signature of Clerk or Deputy Clerk*